IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON JR.                                                      PLAINTIFF

v.                                        Civil No. 4:19-cv-04111

NURSE KING, Miller County Detention Center
("MCDC"); and CAPTAIN ADAMS, MCDC                                            DEFENDANTS

## ORDER

Plaintiff, Charles Samuel Johnson Jr., filed this 28 U.S.C. § 1983 action *pro se* on September 5, 2019. (ECF No. 1). Before the Court is Plaintiff's Motion for Judgment against Defendant Captain Adams. (ECF No. 10). Defendant Adams has filed a Response. (ECF No. 12).

On September 6, 2016, this Court entered an order directing service on Defendants. (ECF No. 6). This order directed Defendants to answer within 21 days from the date of service. *Id.* Plaintiff asks the Court to enter judgment in his favor because he claims Defendant Adams failed to file his answer within 21 days from the date the Court ordered service. (ECF No. 10). However, Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires Defendants to file an answer within 21 days after being served with a summons and complaint, not the date the Court orders service.

Defendant Adams was served on September 16, 2016. (ECF No. 12). Defendants filed their answer on October 1, 2019, which is well within the 21-day timeframe set forth in the Federal Rules. (ECF No. 9). Accordingly, Plaintiff's Motion for Judgment (ECF No. 10) is **DENIED.**

**IT IS SO ORDERED this 15th day of October 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE