IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON JR.                                                                    PLAINTIFF

v.                                       Case No. 4:19-cv-4021

NURSE KING, Miller County Detention Center
("MCDC"); CAPTAIN ADAMS, MCDC;
DEPUTY MATTHEW HENSLEY; SERGEANT B.
GRIFFIE, MCDC; OFFICER TEFFT; and
OFFICER RODRIGUEZ                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 14, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 53. Judge Bryant recommends that Defendants' Motions to Dismiss (ECF Nos. 36, 42) be granted and Plaintiff's claims for excessive force against Defendants Adams, Griffie, Hensley, Tefft, and Rodriguez be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motions to Dismiss (ECF Nos. 36, 42) are **GRANTED**. Plaintiff's claims for excessive force against Defendants Adams, Griffie, Hensley, Tefft, and Rodriguez are **DISMISSED WITH PREJUDICE**. The denial of medical care claim against Defendants King and Adams remains for resolution.

**IT IS SO ORDERED**, this 2nd day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge