IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON JR.                                                                    PLAINTIFF

v.                                          Civil No. 4:19-cv-04111

NURSE KING, Miller County Detention Center
("MCDC"); and CAPTAIN ADAMS, MCDC                                                DEFENDANTS

**ORDER**

Plaintiff Charles Samuel Johnson Jr. proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is a Motion to Compel filed by Plaintiff. (ECF No. 52). Defendants have filed a Response in opposition to the motion. (ECF No. 54).

In his motion, Plaintiff seeks an order directing Defendants to produce "any and all evidence that he used to find Officer Hensley not guilty of chocking the Plaintiff on August 31st 2016." (ECF No. 52). Defendants state they have fully complied with Plaintiff's discovery requests and point out the claims for excessive force against Defendants Adams, Hensley, Griffie, Tefft, and Rodriguez were recommended for dismissal. (ECF No. 53).

On June 2, 2020, the Chief United States District Judge Susan O. Hickey entered an order adopting the Report and Recommendation of the undersigned and dismissed with prejudice the claims for excessive force against Defendants Adams, Hensley, Griffie, Tefft, and Rodriguez. (ECF No. 56). Therefore, Plaintiff's Motion to Compel evidence relating to Defendant Hensley choking him is now moot.

Accordingly, Plaintiff's Motion to Compel (ECF No. 52) is **DENIED.**

**IT IS SO ORDERED this 4th day of June 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE